ACCEPTED
01-15-00068-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 12:04:23 PM
CHRISTOPHER PRINE
CLERK



**F S S V**

Fee, Smith, Sharp & Vitullo LLP

Three Galleria Tower  13155 Noel Road  Suite 1000  Dallas, Texas 75240
P 972-934-9100  F 972-934-9200

877-FEESMITH  www.feesmith.com

816 Congress Avenue  Suite 1265  Austin, Texas 78701
P 512-479-8400  F 512-479-8402

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 12:04:23 PM
CHRISTOPHER A. PRINE
Clerk

*Rebecca E. Bell-Stanton*
*Partner*
*972-980-3262 Direct Dial*

January 28, 2015

*Via E-Filing*
Christopher Prine
Clerk, First Court of Appeals
301 Fannin, 2nd Floor
Houston, Texas 77002

       Re:     Case No. 01-15-00068-CV; In Re Sunbelt Rentals, Inc.
                Our File No.:  SBR.5539

Mr. Prine:

      Please allow this correspondence to advise the Court Relator Sunbelt Rentals, Inc. will be filing a Reply Memorandum in Support of its Motion for Temporary Relief this afternoon. Additionally, Relator will be filing a formal Reply Brief to the Response last evening and intend to file same no later than Monday, February 2, 2015.

      Thank you for your attention to this matter.

                        Very truly yours,

                        **FEE, SMITH, SHARP & VITULLO, L.L.P.**

                        *Rebecca E. Bell-Stanton*

                        Rebecca E. Bell-Stanton

cc:    Scott Hooper (*Via E-Service and Electronic Mail)*
       John H. Kim (*Via E-Service and Electronic Mail)*